UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JASON C. YOUKER (1),<br><br>Defendant. | No.   2:14-CR-0152-SMJ-1<br><br>**ORDER DENYING DEFENDANT YOUKER'S PRO SE MOTION FOR RECONSIDERATION** |

Before the Court, without oral argument, is Defendant Jason Youker's pro se Motion for Reconsideration of Bail Hearing, ECF No. 90. Having reviewed the pleadings and the file in this matter, the Court is fully informed and denies the motion.

On November 6, 2014, the Court appointed Attorney Mark Casey as counsel for Defendant Youker. ECF No. 69. On November 26, 2014, Defendant Youker filed a pro se Motion for Reconsideration of Bail Hearing. ECF No. 90. This Court will not consider the merits of this motion.

A court need not consider pro se motions filed by a party who remains represented by counsel. *See e.g., United States v. El–Alamin*, 574 F.3d 915, 923 (8th Cir. 2009); *United States v. Hildreth*, 485 F.3d 1120, 1125 (10th Cir. 2007);

ORDER **-** 1

*United States v. Vampire Nation*, 451 F.3d 189, 206 n. 17 (3rd Cir.2006); *Abdullah v. United States*, 240 F.3d 683, 686 (8th Cir. 2001); *Ennis v. LeFevre*, 560 F.2d 1072 (2d Cir. 1977).

Except for motions regarding continuing representation, this Court will not entertain any pro se motions filed by any of the Defendants.

Accordingly, **IT IS HEREBY ORDERED** Defendant Youker's pro se Motion for Reconsideration of Bail Hearing, **ECF No. 90**, is **DENIED.**

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 9th day of December 2014.

_____
SALVADOR MENDOZA, JR.
United States District Judge

Q:\SMJ\Criminal\2014\USA v. Youker-0152\deny.recon.lc2.docx

ORDER **-** 2