FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 18, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JASON C. YOUKER, <br><br> Defendant. | NO: 2:14-CR-0152-TOR <br><br> ORDER DENYING DEFENDANT'S MOTION FOR NEW TRIAL |

BEFORE THE COURT is Defendant's *pro se* Motion for New Trial. ECF No. 858. Although a hearing is currently set for this matter on October 16, 2025, this Court finds no reason to delay its order. The Court has reviewed the pleadings and the record therein and is fully informed.

Defendant was found guilty of multiple crimes and sentence on June 2, 2016. ECF No. 583. Defendant now requests a new trial in the year 2025.

Under Federal Rule of Criminal Procedure 33 a prisoner must bring the motion within three years of the date of his guilty verdict. Rule 33(b). Here, Defendant was aware of the facts of his case and now seeks relief over nine years

ORDER DENYING DEFENDANT'S MOTION FOR NEW TRIAL ~ 1

1  later.  Defendant's motion is out of time.

2       Accordingly, Defendant is not entitled to a new trial.

3  **ACCORDINGLY, IT IS HEREBY ORDERED:**

4       Defendant's Motion for a New Trial, ECF No. 858, is **DENIED**.

5       The Court further certifies that there is no basis upon which to issue a

6  certificate of appealability and the same is **DENIED**.

7       The District Court Executive is directed to enter this Order and furnish

8  copies to the parties, including Defendant: Jason C. Youker, # 11996-085,

9  SANDSTONE FEDERAL CORRECTIONAL INSTITUTION, Inmate

10 Mail/Parcels, P.O. BOX 1000, SANDSTONE, MN 55072.

11      **DATED** September 18, 2025.

12

13                    THOMAS O. RICE
                   United States District Judge

14

15

16

17

18

19

20

ORDER DENYING DEFENDANT'S MOTION FOR NEW TRIAL ~ 2