FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 06, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>JASON C. YOUKER,<br><br>　　　　　　Defendant. | NO. 2:14-CR-0152-TOR-1<br><br>ORDER DENYING DEFENDANT'S FED. R. CIV. P. 60(b)(4) MOTION |

　　　BEFORE THE COURT is Defendant's Motion Pursuant to Fed. R. Civ. P. 60(b)(4). ECF No. 867. This matter was submitted for consideration without oral argument. The Court has reviewed the record and files herein and is fully informed. For the reasons discussed below, Defendant's motion is DENIED.

　　　On October 6, 2015, Defendant was charged in a Second Superseding Indictment with 35 counts related to the distribution of methamphetamine and heroin and the unlawful possession of firearms. ECF No 338. Prior to trial, the government dismissed Counts 12 and 13. ECF No. 424. On November 30, 2015, Defendant proceeded to trial on the remaining 33 counts. ECF No. 431. On

ORDER DENYING DEFENDANT'S FED. R. CIV. P. 60(b)(4) MOTION ~ 1

1  December 16, 2015, the jury returned a verdict of guilty on all but one of these
2  counts. ECF No. 501.
3      The Court determined that Defendant's Total Offense Level was 40 and his
4  criminal history was category III, resulting in an advisory guideline range of 360
5  months to life in prison. ECF No. 584. On May 24, 2016, the Court sentenced
6  Defendant to 20 years in prison. ECF No. 583.
7      Defendant now argues that the trial judge was biased in the habeas court.
8  ECF No. 867. Defendant complains that the Judge was biased in the habeas court
9  and that this conduct violated his rights.
10      Defendant has raised these issues repeatedly in the record over the years.
11  See ECF Nos. 678-1, 687, 690-1, 729, and 737, to name a few. Defendant's
12  arguments were denied. See ECF Nos. 726, 730, and 759, again to name a few.
13      This case has gone the Ninth Circuit several times and each time the
14  decisions were affirmed. The Court has fully considered Defendant's arguments
15  and has reviewed the entire record. Defendant's repeated and frivolous arguments
16  are once again denied.

17  **ACCORDINGLY, IT IS HEREBY ORDERED:**

18    1. Defendant's Motion Pursuant to Fed. R. Civ. P. 60(b)(4), ECF No. 867, is
19      **DENIED**.

20

ORDER DENYING DEFENDANT'S FED. R. CIV. P. 60(b)(4) MOTION ~ 2

2. To the extent that 28 U.S.C. § 2253 applies, the Court further certifies that there is no basis upon which to issue a certificate of appealability and the same is **DENIED**.  28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

The District Court Executive is directed to enter this Order and furnish copies to the parties, including Defendant at Sandstone FCI.

**DATED** January 6, 2026.



THOMAS O. RICE
United States District Judge

ORDER DENYING DEFENDANT'S FED. R. CIV. P. 60(b)(4) MOTION ~ 3