FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 05, 2026

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>JASON C. YOUKER,<br><br>                Defendant. | NO. 2:14-CR-0152-TOR-1<br><br>ORDER DENYING DEFENDANT'S MOTION TO RECONSIDER |

BEFORE THE COURT is Defendant's Motion to Reconsider. ECF No. 870. This matter was submitted for consideration without oral argument. The Court has reviewed the record and files herein and is fully informed. For the reasons discussed below, Defendant's motion is DENIED.

Defendant now argues that the trial judge was biased in the habeas court. ECF No. 870. Defendant complains that the Judge was biased in the habeas court and that this conduct violated his rights.

Defendant has raised these issues repeatedly in the record over the years. See ECF Nos. 678-1, 687, 690-1, 729, and 737, to name a few. Defendant's

ORDER DENYING DEFENDANT'S MOTION TO RECONSIDER ~ 1

arguments were denied.  See ECF Nos. 726, 730, and 759, again to name a few.

This case has gone the Ninth Circuit several times and each time the decisions were affirmed.  The Court has fully considered Defendant's arguments and has reviewed the entire record.  Defendant's repeated and frivolous arguments are once again denied.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Defendant's Motion to Reconsider, ECF No. 870, is **DENIED**.

2. To the extent that 28 U.S.C. § 2253 applies, the Court further certifies that there is no basis upon which to issue a certificate of appealability and the same is **DENIED**.  28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

The District Court Executive is directed to enter this Order and furnish copies to the parties, including Defendant at Sandstone FCI.

**DATED** March 5, 2026.



THOMAS O. RICE
United States District Judge

ORDER DENYING DEFENDANT'S MOTION TO RECONSIDER ~ 2